UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CINDY CHASE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:21-cv-1898-SEB-DML |
| GAYLOR ELECTRIC, INC., | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by counsel, and file their Stipulation of Dismissal with prejudice.

And the Court, being duly advised, now grants said Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff, Cindy Chase, be and hereby are dismissed, with prejudice.

Dated: _____4/26/2022_____

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF.